**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

ANGEL LUIS SANCHEZ,

    **Plaintiff**

     **v.**

MIGUEL A. PEREIRA CASTILLO,
et al.,

    **Defendant(s)**

**CIVIL NO.** 07-1618 (JAG)

**PARTIAL JUDGMENT**

Pursuant to the "Joint Motion Requesting Dismissal with Prejudice of Suit Filed Against Dr. Sandra Deniz Rocafort" submitted by the parties on February 7, 2011 (Docket No. 79), the Court hereby dismisses the case **with prejudice** against said co-defendant.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7th day of February, 2011.

S/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge